UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/21
```

Brian Coke Ng,

                    Plaintiff,

          —v—

Kmart Pharmacy, *et al.*,

                    Defendants.

18-cv-9373 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 6, 2018, the Court ordered the parties to inform it within 30 days of any action or order of the Bankruptcy Court that would affect the automatic stay in this case.  Dkt. No. 6.  The parties are ORDERED to submit a joint status update on or before October 28, 2021, informing the Court if the Bankruptcy Court has taken any action that would affect the automatic stay.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
       ALISON J. NATHAN
       United States District Judge