USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

               Plaintiff,

-against-

KMART PHARMACY, et al.,

               Defendants.

1:18-cv-9373-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On November 2, 2021, the Court ordered the parties to file a status update on the earlier of a year from the date of that Order or within 30 days of any action or order of the Bankruptcy Court that would affect the automatic stay in this case [ECF No. 11]. To date, no such status update has been filed on the docket. The parties are ORDERED to submit a joint status update on or before December 9, 2022, informing the Court if the Bankruptcy Court has taken any action that would affect the automatic stay.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

**Date: November 29, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**