```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

               Plaintiff,

            -against-

KMART PHARMACY, et al.,

               Defendants.

1:18-cv-9373-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a status conference on January 11, 2023, at 10:30 AM. The conference will be held by videoconference on Microsoft Teams. The conference can be accessed by calling 646-453-4442 at the scheduled time. When prompted, enter Access Code 736 336 243#. The Court will join once all of the parties are on the line.

    One week before the conference, Defendants shall advise the Court of what, in their view, is the status of the action as it relates to the non-debtor defendants.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

Date: **December 13, 2022**
       **New York, NY**

                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**