```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

               Plaintiff,

-against-

KMART PHARMACY, et al.,

               Defendants.

1:18-cv-9373-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court held a Status Conference in this case on January 11, 2023. At the Conference, the parties agreed that all claims against the debtor defendants are permanently enjoined by order of the Bankruptcy Court and that, as a result, the parties would discuss appropriate dismissal of those claims. Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick") is not a debtor. Defendants' counsel advised the Court, however, that Sedgwick planned to move to dismiss the remaining claims against it. Accordingly, it is hereby ORDERED that any motion to dismiss by Sedgwick is due by January 25, 2023. Any opposition is due by February 27, 2023, and any reply is due by March 10, 2023.

       **Defendants' counsel on notice that failure to comply with the Court's orders may result in sanctions, including monetary sanctions**.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

**Date: January 11, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**