USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

                              Plaintiff,

                    -against-

KMART PHARMACY, et al.,

                              Defendants.

1:18-cv-9373-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 12, 2023, the parties stipulated and agreed that this action is voluntarily dismissed with prejudice "as to the defendants, KMART PHARMACY, KMART HOLDING CORPORATION, and SEARS HOLDING CORPORATION *only*."  ECF No. 25 (emphasis added).  The parties did not dismiss the action as it related to SEDGWICK MANAGEMENT SERVICES, INC.  After the parties entered the stipulation and agreement, the Clerk of Court inadvertently terminated the case.  The Clerk of Court respectfully is requested to reopen the case and terminate all defendants except SEDGWICK MANAGEMENT SERVICES, INC.

The Clerk of Court is further directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

Date:  **January 17, 2023**
        **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**