USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

                Plaintiff,

            -against-

KMART PHARMACY, et al.,

               Defendants.

1:18-cv-9373-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court directs Plaintiff and counsel for Defendants to appear for a Conference on May 3, 2023 at 11:30 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

Date:  **March 15, 2023**
        **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**