USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

        Plaintiff,

-against-

KMART PHARMACY, et al.,

        Defendants.

1:18-cv-9373-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On May 17, 2023, the Court held a Conference in this matter (the "First Action") and in the related case *Ng v. Sedgwick Claims Management Services, Inc., et al.*, No. 23-cv-2145 (the "Second Action"). At that Conference, the Parties agreed to voluntarily dismiss the First Action and to submit a stipulation to that effect by the end of this week. This Order is meant only to memorialize that agreement.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

**Date: May 17, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**