UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

       Plaintiff,

-against-

SEDGWICK CLAIMS MANAGEMENT INC., et al.,

       Defendants.

23-CV-2145 (MKV) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/6/2023__

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's conference, it is hereby ORDERED that, no later than **14 days** after the District Judge so-orders the parties' stipulated dismissal without prejudice in case no. 18-CV-9373, defendants shall file their Rule 12 motion in this action. Plaintiff shall respond to the Rule 12 motion no later than **30 days** after it is filed, and defendants shall reply no later than **14 days** thereafter.

Dated: New York, New York
       October 6, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**